CASE OF RALPH W. HOLMAN, MEMBER FROM BOSTON.

The election of one of the members returned from Boston being controverted on the ground of a want of residence, it appeared that the member, who had been an inhabitant of Boston for many years, had been accustomed to send his family out of town during the summer months, visiting them occasionally, and retaining rooms in Boston for his own use. In 1850, the member built a house in Newton, to which his family removed in April, 1851, but he remained in Boston, where he kept rooms for his own use, and also for the occupation of his family, when they desired ; and he himself occasionally visited his family in the country, when his business would permit ; but his expressed intention was to remain an inhabitant of Boston. It was held, that no change of inhabitancy was proved.

A removal from Boston (with one's family) just before the first of May, raises a strong presumption of a change of inhabitancy, but that presumption may be rebutted by evidence of the intention of the party so removing.

THE election of Ralph W. Holman, one of the members returned from Boston, being controverted by Josiah L. C. Amee and four others, on the ground of a want of residence, the committee on elections reported thereon as follows :—

" The facts proved were, that Mr. Holman had been for many years a citizen of Boston, and taxed there for his personal property and poll-tax ; that it had been his usual practice to send his family out of town during the summer months, visiting them occasionally as his business permitted, but keeping a room for himself in the city. In 1847, said Holman built a house in Newton, which his family occupied a short time, and then returned to Boston and spent the winter. In the spring of 1848, the family re-occupied the house and remained there till August of that year, when Holman sold the house and the family left it. In 1850, Holman, in connection with another person, built another house in Newton, and his family removed to it in April, 1851. There was evidence, that this house was only for a summer residence, and that Holman himself was only there when his business in Boston permitted his absence, and that he kept rooms for himself in Boston, and also for his family, when they desired to occupy them. It was also proved, that Holman had always refused to consider himself an inhabitant of Newton, or to vote, or qualify himself to vote there ; and although assessed for his poll-tax in that town

in 1851, he procured that tax to be abated, on the ground of his being a resident of Boston.

The question raised is, whether, by the simple fact of having removed his family to Newton before the first day of May, 1851, he was compelled to become an inhabitant of that town, and forfeit his municipal rights in Boston? The committee are of opinion, that such removal before the first of May raises a strong presumption of a change of habitancy, but that this presumption may be rebutted by evidence of the intention of the party so removing.

The committee believe, that there is no sufficient proof that Mr. Holman ever intended to become a resident of Newton, but there is satisfactory evidence, that he always intended to remain a citizen of Boston.

They therefore report that the petitioners have leave to withdraw their petition."

This report was agreed to.[1]